UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:02-cr-501-T-26TBM

REGINALD LEONARD GANT
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report ordered by the Court,[1] as well as the parties' Joint Stipulation Regarding Retroactive Application of Revised Cocaine Base Sentencing Guidelines,[2] it is **ORDERED AND ADJUDGED** as follows:

1) The Court finds that Defendant is eligible and suitable for a reduction in his base offense level pursuant to Amendments 706 and 711 of the United States Sentencing Guidelines.

2) The Court hereby reduces Defendant's sentence from a period of eighty-four (84) months to a period of seventy (70) months, or time-served, whichever is greater.[3]

---

[1] See docket 29.

[2] See docket 32.

[3] See USSG § 1B1.10(b)(2)(C).

3) The Judgment in a Criminal Case (Dkt. 27) is amended to reflect this reduction.

4) The Bureau of Prisons shall not release Defendant until ten (10) days after the entry of this Order, or March 3, 2008, whichever is later.

**DONE AND ORDERED** at Tampa, Florida, on February 15, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record
U.S. Probation
U.S. Marshal
Bureau of Prisons